```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| EDWIN LORENZO, | Civil No. 06-2717 (MLC) |
| Plaintiff, |  |
| v. | **ORDER** |
| SERGEANT E. MOORE, et al., |  |
| Defendants. |  |

It appearing that:

1. Plaintiff, a prisoner, filed the above Complaint on or about April 24, 2004, in the Superior Court of New Jersey. On June 16, 2006, Defendants paid the $350.00 filing fee and removed the case to this Court.

2. On October 27, 2008, Plaintiff filed a motion to proceed in forma pauperis, an affidavit of poverty and a prison account statement.

3. Based on the above documents and the apparent absence of three dismissals within 28 U.S.C. § 1915(g), Plaintiff qualifies for proceed in forma pauperis status.

IT IS therefore on this    6th    day of April, 2009,

ORDERED that Plaintiff's motion (docket entry no. 85) to proceed in forma pauperis is GRANTED.

                                             s/ Mary L. Cooper
                                             **MARY L. COOPER**
                                             United States District Judge